```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION

 3   UNITED STATES OF AMERICA,      )
                                    )
 4   vs.                            )   2:23-CR-131
                                    )
 5   MORRELL STEVEN NEELY,          )
                                    )
 6        Defendant.                )

 7
                      TRANSCRIPT OF TELEPHONIC HEARING
 8                         December 5, 2024
                BEFORE THE HONORABLE ANDREW P. RODOVICH
 9                  UNITED STATES DISTRICT MAGISTRATE

10

11   A P P E A R A N C E S:

12   FOR THE GOVERNMENT:

13                          Francis Sohn
                            United States Attorney's Office
14                          5400 Federal Plaza, Suite 1500
                            Hammond, Indiana  46320
15                          (219) 937-5500

16   FOR THE DEFENDANT:

17                          Patrick W. Young
                            Attorney at Law
18                          4231 Broadway
                            Gary, Indiana  46409
19                          (219) 884-2388

20   ALSO PRESENT:          Jerry Navarra, U.S. Probation

21

22

23

24

25
```

1    (The following is a transcript of proceedings produced

2    from the FTR audio recording:)

3         **THE COURT:** -- as far as a medical report.

4         **MR. YOUNG:** Yes, Judge. I was able to obtain some

5    old reports, medical records, and I forwarded those records to

6    the government this morning; and then I was able to obtain some

7    new medical information which I forwarded to the government

8    this morning.

9         And, in summary, it appears that Mr. Neely is, in fact, in

10   the hospital. He will be released either late today or

11   tomorrow. He is in need of what's known as an ACDF, which is

12   an anterior cervical discectomy and fusion, which I'm told will

13   be scheduled the first week or two of January. He will know

14   more once he consults with his orthopedic surgeon today in the

15   hospital. That has not occurred as of right now, hasn't

16   happened.

17        The doctor is supposedly on his way in, and he will

18   schedule his surgery. And he will be released either late

19   today or tomorrow, not sure which. I am in the process of

20   getting more complete records for the government.

21        **THE COURT:** Okay. It's my understanding that he had

22   a fall and went to the emergency room, correct?

23        **MR. YOUNG:** That's correct.

24        **THE COURT:** Did you get any records from the

25   emergency room?

1    **MR. YOUNG:** Did not. I didn't get an admission

2  summary yet. No, I did not.

3    **MR. SOHN:** Your Honor, I will add that FBI did

4  confirm that he is actually -- he was actually admitted, so the

5  government has taken some steps to confirm that as well. We

6  believe he is actually in the hospital. How he got there is,

7  you know, something the government doesn't -- isn't aware of.

8  But he was there yesterday, and I believe he's still there

9  today.

10    **THE COURT:** Okay. I'm not disputing that he's in the

11  hospital. I'm just concerned as to why he was admitted and if

12  he was admitted after a fall with a claimed head injury. I've

13  had enough personal injury cases to know that they do what's

14  called a Glasgow Coma Scale to determine his current medical

15  situation, and I'm just wondering are there any objective tests

16  that were performed at the time of his admission to

17  substantiate the fact that he needed hospitalization as opposed

18  to trying to avoid a hearing.

19    **MR. YOUNG:** I have forwarded to the -- if I may,

20  Your Honor?

21    **THE COURT:** Go ahead.

22    **MR. YOUNG:** I did forward to the government a record

23  that indicates he presented -- that's for follow -- I'm sorry,

24  Judge. I'm sorry. I don't have that looking through my -- I'm

25  looking through my emails and my texts.

1     These records appear to be records of past visits.  And

2 the admissions summary I'm trying to get, but I don't have it

3 yet.  But the records I did send indicate that this was a

4 problem at least as far back as 2022 and the fall exacerbated

5 the problem and that's why he was admitted.  That's me saying

6 that, and I know -- I don't have the admission record, but I'm

7 getting it, Judge.

8          **THE COURT:**  I assume, Frank, the only records you

9 have are from Patrick, correct?

10          **MR. SOHN:**  That's correct.  We don't know anything

11 beyond what the defense has told us, and from the records that

12 defense counsel has provided, Your Honor, we -- I'm not a

13 doctor.  I have done a lot of medical cases as well, but I

14 don't see anything in here indicating that the surgery is

15 necessary -- whether if it's necessary, if it's an emergent

16 situation or elective.

17     At this point we don't know from what's been shown to the

18 government anything more than what you have summarized,

19 Your Honor.  We know that he's in the hospital.  We know that

20 he has some condition.  How he got into the hospital and

21 whether his condition requires emergency surgery or elective

22 surgery or any other kind of treatment, that's just something

23 the government doesn't know at this point.

24          **MR. YOUNG:**  Judge, if I may?

25          **THE COURT:**  Go ahead.

1      **MR. YOUNG:**  On the first page that's dated October 4,

2  2022, first paragraph, "Interval history:  We discussed

3  possibility for C4-7 ACDF due to cervical stenosis and symptoms

4  of myelopathy."  He went to physical therapy and that was what

5  he did at that time.  And now with the fall, he aggravated that

6  situation.

7      He tells me they tell him it's a life-threatening

8  situation between the spinal cord and the neck and he has to

9  have surgery, that's what I'm told.  I don't have that record

10  yet.  I believe -- I have reason to believe that it's there and

11  it's true.

12      **MR. SOHN:**  I would only respond --

13      **THE COURT:**  If it's life threatening why is it being

14  put off a month?

15      **MR. YOUNG:**  Well, the surgery itself is life

16  threatening.  His condition is very delicate, and he would be

17  released to -- according to him to home and no more and no

18  physical activities until the surgery is scheduled, and I don't

19  know that date yet.

20      **THE COURT:**  Any other comments, Patrick?

21      **MR. YOUNG:**  No, Judge, other than I would indicate to

22  the Court I've been as forthright as possible and gotten the

23  information as best I can.  I believe it to be true based on

24  these records I'm reading and the records I hope to get today.

25      What I would ask for is just another -- is another status

1    at which time I hope to have more records, telephonic or

2    otherwise, to provide to the government his medical situation.

3           **THE COURT:**  Frank, any comments.

4           **MR. SOHN:**  Just, Your Honor, with respect to the

5    surgery and the (indiscernible) history that defense counsel

6    noted, that record is from -- it appears to be from an

7    encounter that happened in 2022 and so if -- it just doesn't

8    appear to me, Your Honor, from the surface of things what the

9    emergent situation would be such that this would need to be a

10   surgery that would delay Your Honor from having a full hearing

11   on the motion currently pending.

12        But I think the Court, frankly, needs -- the government

13   needs more information -- or I think the Court needs more

14   information to make that determination about whether -- you

15   know, what the nature of the situation really is.

16          **THE COURT:**  All right.  The defendant indicated he

17   could not afford an attorney so I appointed a CJA attorney for

18   him.  While he had a CJA attorney, he came up with over $20,000

19   to rent a facility.  He fired a civil attorney on the eve of a

20   hearing on the eviction, obtained a delay in that.  He fired

21   his CJA attorney on the eve of a bond hearing yet he had

22   sufficient funds to hire a private attorney.  I'm left with a

23   very strong opinion that the defendant is attempting to play

24   games with the system.

25        I am setting this for a bond revocation hearing at 1:30

1  tomorrow.  If he does not appear, I will issue a warrant for

2  his arrest.

3      I will see everybody in court tomorrow.  Have a good day.

4          **MR. SOHN:**  Thank you, Judge.

5          **MR. YOUNG:**  Thank you, Your Honor.

6  * * *

7      (End of requested transcript.)

8                          CERTIFICATE

9      I, Stacy L. Drohosky, certify that the foregoing is a true

10 and correct transcript from the record of proceedings in the

11 above-entitled matter.

12 Date:  December 18, 2024

13                                  S/Stacy L. Drohosky
                                   S/STACY L. DROHOSKY
14                                 Court Reporter
                                   U.S. District Court
15

16

17

18

19

20

21

22

23

24

25