# Sohn, Francis (USAINN)

| | |
|---|---|
| **From:** | Sohn, Francis (USAINN) |
| **Sent:** | Monday, November 25, 2024 1:22 PM |
| **To:** | Matthew D Soliday |
| **Subject:** | RE: neely |
| **Attachments:** | 19-17973 - DE 24 .zip; Ring v Neely.rtf; 196D-IP-3452653_0000043.pdf; Neely - 2023 Divorce Petition.pdf |

Thanks, Matt.

FBI interviewed Bijal Shah this morning, who is one of the members of the LLC that owns the house where Mr. Neely currently lives. The 302 for that interview is attached.

I am also providing certain additional materials that were pulled from public dockets this morning. I believe that these will establish probable cause to conclude that Mr. Neely has, in fact, been previously evicted. The first set come from adversary proceedings filed in a bankruptcy matter in 2019. This is a response to Mr. Neely's emergency motion for possession of a home at ▮▮▮▮▮▮▮▮ in Chicago, Illinois. In that case, it appears that the landlord repossessed the property on or about June 26, 2019. One of the attachments to that motion is the signed eviction order.

The second is an appellate decision in Ring v. Neely. This relates to a house on ▮▮▮▮▮▮▮▮ in Chicago that Mr. Neely began renting on or about July 17, 2019. He was sued in December 2019 for unpaid rent, and the following month entered into a settlement agreement to leave the premises voluntarily. He did not do so. On March 18, 2021, the court "granted plaintiff's motion to enforce the agreed order, entered an eviction order, and continued the matter to resolve plaintiff's rent claim." There is, of course, a third eviction, information regarding which was previously provided.

Additionally, despite the materials you provided, it is not clear to me that Mr. Neely does, in fact, have sole custody of his son. I say that because Mr. Neely filed for a divorce in 2023 from an individual named Diane Neely. Although I do not have access to Cook County filings electronically, the docket (attached) indicates that there was a minor child involved. As such, it is not clear to me if Diane Neely has any parental rights over the minor child at this time, even if Kaylin Neely no longer has such rights.

---

**From:** Matthew D Soliday <Matthew_D_Soliday@fd.org>
**Sent:** Monday, November 25, 2024 8:56 AM
**To:** Sohn, Francis (USAINN) <FSohn@usa.doj.gov>
**Subject:** [EXTERNAL] neely

Frank, attached are court documents showing that Mr. Neely has sole custody of his minor child.

Matt Soliday
Assistant Federal Defender
Northern District of Indiana
Federal Community Defenders, Inc.
2929 Carlson Drive, Suite 101
Hammond, IN 46323
Tel. (219) 937-8020
matthew_d_soliday@fd.org