**Sohn, Francis (USAINN)**

| | |
|---|---|
| **From:** | Sohn, Francis (USAINN) |
| **Sent:** | Tuesday, November 26, 2024 4:02 PM |
| **To:** | Matthew D Soliday |
| **Subject:** | USA v. Neely - Bankruptcy Pleadings |
| **Attachments:** | Neely - 1987 NDIL Bankruptcy Petition.pdf; Neely - 2005 CDCA Bankruptcy.pdf; Neely - 2009 CDCA Bankruptcy 1.pdf; Neely - 2009 CDCA Bankruptcy 2.pdf; Neely - 2010 CDCA Bankruptcy.pdf; Neely - 2012 CDCA Bankruptcy.pdf; Neely - 2019 NDIL Bankruptcy 1.pdf; Neely - 2019 NDIL Bankruptcy 2.pdf |

Hi Matt:

As mentioned in court today, I located a couple of additional personal bankruptcy filings by Mr. Neely. I have attached all of the petitions (including those previously identified) here, as well as the docket for his 1987 bankruptcy, the records for which were not available.

Because I may make reference to it at some point during the detention hearing, I am also attaching a docket printout of the 2023 divorce case with Diane Neely. I am trying to see if we have a service to obtain the actual divorce filings, and if I manage to get them before the hearing, I will provide them to you ASAP.

Best,
-F.

Frank Sohn
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320
219-937-5665