**Sohn, Francis (USAINN)**

| | |
|---|---|
| **From:** | Sohn, Francis (USAINN) |
| **Sent:** | Tuesday, December 3, 2024 3:13 PM |
| **To:** | pat@attorneyyoung.net |
| **Subject:** | Morrell Neely |
| **Attachments:** | USA v. Neely - Bankruptcy Pleadings; RE: neely |

Hi Pat:

Here are the materials relevant to the hearing tomorrow.

There is also substantial additional discovery from the primary case itself. If you don't get that from the Federal Defenders, please let me know and I'll ask my case manager to re-upload it for you.

Best,
-F.

Frank Sohn
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320
219-937-5665