Courtroom 1505<br>
December 2, 2024<br>
9:00 a.m.<br>
Hon. Judge Morrissey

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| Bijal Shah and Uma Bansal, | |
| Plaintiffs, | No. 20241712629 |
| v. | |
| Morrell Neely, et al., | Courtroom 1505 |
| Defendants. | |

### ORDER

This matter coming before the Court for pretrial, counsel for the parties present, it is hereby ordered:

1. This matter is continued to December 13, 2024, at 9:00 a.m., in Courtroom 1505 via Zoom for status.

   Zoom Meeting ID: 986 6707 2390
   Passcode: 532802

2. The trial date of December 3, 2024, is stricken.

Defendants' Counsel: carolinejsmithlaw@gmail.com

Order Prepared By:
Michael Griffin
Griffin Legal, P.C. (Firm No. 101143)
150 S. Wacker Dr., Ste. 2400
Chicago, IL 60606
Tel.: 312-544-0623
michael@griffinlegal.us
*Attorney for Plaintiff*

ENTERED: Associate Judge Thomas A. Morrissey

Date: DEC 02 2024

Circuit Court - 2305

Attachment B

FILED
12/5/2024 4:20 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20241712629
Courtroom, 1505
30481756

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT – FIRST DISTRICT**

| | |
|---|---|
| BIJAL SHAH, UMA BANSAL, <br> PLAINTIFFS, <br><br> v. <br><br> MORRELL NEELY, <br><br> DEFENDANTS, | ) <br> ) <br> ) <br> ) CASE NO. 2024 M1 712629 <br> ) <br> ) <br> ) <br> ) |

## ATTORNEY'S MOTION TO WITHDRAW

NOW COMES the Defendant Morrell Neely's Attorney, Caroline J. Smith & Associates, P.C., and moves this Court to enter an order permitting her withdrawal as counsel from this matter. In support of which, Counsel states the following:

1. Defendant contracted with Caroline J. Smith & Associates, P.C. for legal services performed in connection with the above-captioned case.

2. Caroline J. Smith & Associates, P.C. and Defendant have developed irreconcilable differences and neither party will be prejudiced by the granting of this motion.

3. Defendant has been apprised of the notice requirements set forth in Illinois Supreme Court Rule 13, and a copy of this motion has been sent via email, first-class mail, and certified email to the following last-known address of Defendant:

Morrell Neely
1922 W. Grace Street
Chicago, IL 60613
*morrellneely@yahoo.com*

Atty No. #30156
CAROLINE J. SMITH & ASSOCIATES, P.C.
77 W Washington St Ste 1001, Chicago, IL 60602
tel.: 312-606-9500, email: carolinejsmithlaw@gmail.com

For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

4. Pursuant to Illinois Supreme Court Rule 13(c)(2), you are hereby advised that in order to insure notice of any action in the above-stated cause, you should either (1) retain other counsel to represent you therein or (2) file with the clerk of the court, within 21 days after entry of the order of withdrawal, your supplementary appearance stating therein an address at which service of notices or other papers may be made upon you.

WHEREFORE, Counsel for Defendant, Caroline J. Smith & Associates, P.C., respectfully requests that this Honorable Court enter an order permitting its withdrawal as counsel for Defendant MORRELL NEELY in this matter.

Respectfully Submitted,

*Caroline J. Smith*

Atty No. #30156
CAROLINE J. SMITH & ASSOCIATES, P.C.
77 W Washington St Ste 1001, Chicago, IL 60602
tel.: 312-606-9500, email: carolinejsmithlaw@gmail.com

Courtroom 1505
December 13, 2024
9:00 a.m.
Hon. Judge Morrissey

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| Bijal Shah and Uma Bansal, | |
| Plaintiffs, | No. 20241712629 |
| v. | |
| Morrell Neely, et al., | Courtroom 1505 |
| Defendants. | |

### ORDER

This matter coming before the Court for status, counsel for the parties present, it is hereby ordered:

1. This matter is continued to December 18, 2024, at 9:00 a.m., in Courtroom 1505 via Zoom for status on settlement.

   Zoom Meeting ID: 986 6707 2390
   Passcode: 532802

2. Caroline Smith is granted leave to withdraw her appearance for Defendant *instanter*.

3. Deidre Baumann is granted leave to file her appearance for Defendant by December 18, 2024.

Defendant's Prior Counsel: carolinejsmithlaw@gmail.com
Defendant's Counsel: baumannesq@gmail.com

Order Prepared By:
Michael Griffin
Griffin Legal, P.C. (Firm No. 101143)
150 S. Wacker Dr., Ste. 2400
Chicago, IL 60606
Tel.: 312-544-0623
michael@griffinlegal.us
*Attorney for Plaintiff*

ENTERED: Associate Judge Thomas A. Morrissey
Date DEC 13 2024
Circuit Court - 2305
Judge

# Case Summary
## Case No. 2024CH08460

BIJAL SHAH,UMA BANSAL,BUMAL PROPERTIES, LLC- §           Location: **District 1**
vs-@PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a §    Judicial Officer: **Calendar, 10**
@PROPERTIES| CHRISTIE S INTERNATIONAL REAL §           Filed on: **09/09/2024**
ESTATE,LEIGH MARCUS,KATIE GONZALEZ,GABRIEL §  Cook County Attorney Number: **33057**
RENDON,LEIGH MARCUS TEAM,RICK SOBIN,MORRELL §  Cook County Attorney Number: **41704**
NEELY

---

## Case Information

**Statistical Closures**                                                      Case Type: General Chancery
01/09/2025   Disposed                                                  Case Status: **01/09/2025   Disposed**

---

## Assignment Information

**Current Case Assignment**
Case Number     2024CH08460
Court                District 1
Date Assigned    09/09/2024
Judicial Officer   Calendar, 10

---

## Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | BANSAL, UMA | Horwitz, Blake Wolfe<br>*Retained*<br>312-676-2100(W)<br>111W WASHIGTN#1611<br>CHICAGO, IL 60602 |
| | BUMAL PROPERTIES, LLC | |
| | SHAH, BIJAL | Horwitz, Blake Wolfe<br>*Retained*<br>312-676-2100(W)<br>111W WASHIGTN#1611<br>CHICAGO, IL 60602 |
| **Defendant** | @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE | Stanton, Aaron H.<br>*Retained* |
| | GONZALEZ, KATIE | Stanton, Aaron H.<br>*Retained* |
| | LEIGH MARCUS TEAM | Stanton, Aaron H.<br>*Retained* |

# Case Summary

## Case No. 2024CH08460

| | |
|---|---|
| MARCUS, LEIGH | Stanton, Aaron H. *Retained* |
| NEELY, MORRELL | Stanton, Aaron H. *Retained* |
| RENDON, GABRIEL | Stanton, Aaron H. *Retained* |
| SOBIN, RICK | Stanton, Aaron H. *Retained* |

## Events and Orders of the Court

01/17/2025    *CANCELED* **Open Call** (9:30 AM) (Judicial Officer: Moreland, Caroline Kate)
         Resource: Location CH2302 Court Room 2302
         Resource: Location D1 Richard J Daley Center
         *Order of Court*

01/09/2025
         Case Dismissed With Prejudice - Allowed    (Judicial Officer: Moreland, Caroline Kate)
           Party:   Plaintiff BANSAL, UMA;
                  Plaintiff BUMAL PROPERTIES, LLC;
                  Plaintiff SHAH, BIJAL

01/09/2025
         Strike From The Call - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
         *January 17, 2025 is hereby Stricken.*
           Party:   Plaintiff BANSAL, UMA;
                  Plaintiff BUMAL PROPERTIES, LLC;
                  Plaintiff SHAH, BIJAL
         *January 17, 2025 is hereby Stricken.*

01/09/2025

Agreed Order Entered     (Judicial Officer: Moreland, Caroline Kate)
   Party:   Plaintiff BANSAL, UMA;
            Plaintiff BUMAL PROPERTIES, LLC;
            Plaintiff SHAH, BIJAL
   Party 2:
   Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE;
   Defendant GONZALEZ, KATIE;
   Defendant LEIGH MARCUS TEAM;
   Defendant MARCUS, LEIGH;
   Defendant NEELY, MORRELL;
   Defendant RENDON, GABRIEL;
   Defendant SOBIN, RICK

01/08/2025    *CANCELED* **Case Management** (10:30 AM) (Judicial Officer: Moreland, Caroline Kate)
         Resource: Location CH2302 Court Room 2302
         Resource: Location D1 Richard J Daley Center
         *Order of Court*

12/18/2024
         Order To Stand - Allowed
           *Clerk status set for January 17, 2025, is to stand*
           Party:   Plaintiff BANSAL, UMA;
                  Plaintiff BUMAL PROPERTIES, LLC;
                  Plaintiff SHAH, BIJAL

*Clerk status set for January 17, 2025, is to stand*

12/18/2024
    Strike From The Call - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
        *initial case management conference set for January 8, 2025, is stricken.*
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL
        *initial case management conference set for January 8, 2025, is stricken.*

12/18/2024
    Strike Or Withdraw Motion Or Petition - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL

12/18/2024
    Order To Stand - Allowed
    *January 17, 2025, is to stand.*
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL
    *January 17, 2025, is to stand.*

12/18/2024
    Strike From The Call - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
    *January 8, 2025, is stricken.*
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL
    *January 8, 2025, is stricken.*

12/18/2024
    Strike Or Withdraw Motion Or Petition - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
    *Plaintiff's Motion for Default as to Defendant Morell Neely is withdrawn.*
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL
    *Plaintiff's Motion for Default as to Defendant Morell Neely is withdrawn.*

12/18/2024   **General Chancery Hearing**  (10:30 AM)  (Judicial Officer: Moreland, Caroline Kate)
        Resource: Location CH2302 Court Room 2302
        Resource: Location D1 Richard J Daley Center

12/03/2024
    Notice Of Motion Filed
        Party:   Plaintiff SHAH, BIJAL

12/03/2024
    Motion Filed
        Party:   Plaintiff SHAH, BIJAL

12/03/2024
    Exhibits Filed
        Party:   Plaintiff SHAH, BIJAL

12/03/2024
    Exhibits Filed
        Party:   Plaintiff SHAH, BIJAL

11/20/2024
    Clerk Status    (Judicial Officer: Moreland, Caroline Kate)
        Party:   Plaintiff BANSAL, UMA;
                   Plaintiff BUMAL PROPERTIES, LLC;
                   Plaintiff SHAH, BIJAL

11/20/2024
Comply - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
   Party:   Plaintiff BANSAL, UMA;

      Plaintiff BUMAL PROPERTIES, LLC;
      Plaintiff SHAH, BIJAL
  Party 2:
    Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE;
    Defendant GONZALEZ, KATIE;
    Defendant LEIGH MARCUS TEAM;
    Defendant MARCUS, LEIGH;
    Defendant NEELY, MORRELL;
    Defendant RENDON, GABRIEL;
    Defendant SOBIN, RICK

11/20/2024
    Courtesy Copies Required - Allowed

11/20/2024
    Set Briefing Schedule - Allowed -    (Judicial Officer: Moreland, Caroline Kate)
      Party:  Plaintiff BANSAL, UMA;
              Plaintiff BUMAL PROPERTIES, LLC;
              Plaintiff SHAH, BIJAL

11/19/2024  **General Chancery Hearing**  (10:30 AM)  (Judicial Officer: Moreland, Caroline Kate)
      Resource: Location CH2302 Court Room 2302
      Resource: Location D1 Richard J Daley Center

11/14/2024
    Notice Of Motion Filed
      Party:  Plaintiff SHAH, BIJAL

11/14/2024
    Motion Filed
      Party:  Plaintiff SHAH, BIJAL

11/12/2024
    Alias Summons - Retd N.S.
      *Sheriff ID: 50468429, UNKNOWN LITIGANT Sheriff Filename: 2024CH0846050468429.pdf*
      Date Served:  10/02/2024

11/08/2024

Notice Of Filing Filed
  *NOF-Firm Appearance & Motion to Dismiss*
  Party:
    Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE
  Party 2:  Attorney Stanton, Aaron H.
  *NOF-Firm Appearance & Motion to Dismiss*

11/08/2024
Appearance Filed - Fee Paid -
  *Firm Appearance*
  Party:
    Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE
  Party 2:  Attorney Stanton, Aaron H.
  *Firm Appearance*

11/08/2024
Notice Of Motion Filed
  *Notice Of Motion Filed*
  Party:
    Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE
  Party 2:  Attorney Stanton, Aaron H.
  *Notice Of Motion Filed*

11/08/2024
Motion Filed
  *2024-11-08 1922 Grace Motion to Dismiss Leigh Marcus*
  Party:

Defendant @PROPERTIES, AT WORLD PROPERTIES, LLC d/b/a @PROPERTIES| CHRISTIE S INTERNATIONAL REAL ESTATE
Party 2:   Attorney Stanton, Aaron H.
*2024-11-08 1922 Grace Motion to Dismiss Leigh Marcus*

| | |
|---|---|
| 11/08/2024 | Affidavit For Alias Summons Filed<br>　　Party:   Plaintiff SHAH, BIJAL |
| 11/08/2024 | Exhibits Filed<br>　　Party:   Plaintiff SHAH, BIJAL |
| 11/08/2024 | Exhibits Filed<br>　　Party:   Plaintiff SHAH, BIJAL |
| 10/31/2024 | Alias Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 10/24/2024 | Appoint Special Deputy - Allowed -     (Judicial Officer: Moreland, Caroline Kate)<br>　　Party:   Plaintiff BANSAL, UMA;<br>　　　　　Plaintiff BUMAL PROPERTIES, LLC;<br>　　　　　Plaintiff SHAH, BIJAL |
| 10/22/2024 | Motion To Appoint Special Process Server<br>　　Party:   Plaintiff SHAH, BIJAL |
| 10/22/2024 | Exhibits Filed<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/10/2024 | Summons Issued And Returnable<br>　　Party:   Plaintiff SHAH, BIJAL |
| 09/09/2024 | New Case Filing |
| 09/09/2024 | General Chancery Filed (Jury Demand)<br>　　Party:   Plaintiff SHAH, BIJAL<br>　　Party 2:   Attorney Horwitz, Blake Wolfe |
| 09/09/2024 | Exhibits Filed<br>　　Party:   Plaintiff SHAH, BIJAL<br>　　Party 2:   Attorney Horwitz, Blake Wolfe |