# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 19, 2025

*By the Court*:

| | |
|---|---|
| No. 25-1735 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> MORRELL S. NEELY, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:23-cr-00131-1 <br> Northern District of Indiana, Hammond Division <br> District Judge James T. Moody <br> Magistrate Judge Andrew P. Rodovich | |

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on May 19, 2025, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(e).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)