# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stacy L. Drohosky, RDR, CRR, FCRR, CRI** **stacy_drohosky@innd.uscourts.gov**

August 25, 2026

Warden
Kankakee County Jail
3050 S. Justice Way]
Kankakee, IL 60901

Re: Inmate Transcript Request – Morrell S. Neely, Inmate No. 538915
Case No(s). 2:23-CR-131, USA vs. Morrell S. Neely

Dear Warden:

I am writing regarding a request I received from Morrell S. Neely who is currently housed at the Kankakee County Jail, for a transcript of proceedings in the above-referenced case.

Enclosed please find a copy of the transcript requested by the inmate, along with a copy of General Order No. 2018-15, In Re: Guidance on Record Requests from Inmates of the Bureau of Prisons, for your reference.

The General Order provides that when an inmate requests a docket sheet, document, or transcript of a criminal case from a court reporter, the requested materials are to be sent directly and only to the Warden of the facility where the inmate is housed. The Order further provides that the Warden shall allow the inmate timely and reasonable access to the requested documents so that the inmate may review them and prepare court filings.

Accordingly, I am forwarding the requested transcript to your attention and respectfully request that you make the transcript available to Mr. Neely for review in accordance with the General Order.

If you have any other questions, please feel free to contact me at (219) 852-3462.

Sincerely,

S/Stacy L. Drohosky
Stacy L. Drohosky, RDR, CRR, FCRR, CRI
Official Court Reporter