-FILED-
OCT 09 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States district court
For the Northern district of Indiana
United States of America v. Morrell Steven Neely
Motion to cancel
Extension of time for
Pre-sentencing hearing report

Docket; 0755 2:23cr 00131 1

Honorable Judge Simon,

Comes now the defendant, Morrell Steven Neely, (here in after) Mr. Neely moves this court to dismiss the extension of time and to allow Mr. Neely to continue the proceedings for the sentencing that was previously scheduled for October 6th 2026 at 1:30pm. Mr. Neely would like to continue his sentencing as soon as time permits.

This motion is based on prior information that was provided to me by private counsel James Dillon. Counsel is not available by phone nor email, for defendant, nor family.

Sincerely,
Morrell Steve Neely, Defendant

October 9, 2026